WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By:   MAXINE S. MAK (031158)
      CHARLES TRULLINGER (018936)
      Deputy County Attorneys
      makm@mcao.maricopa.gov
      trullinc@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona  85004
Telephone (602) 506-8541
Facsimile (602) 506-8567
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Penzone, Van Blarcum (B2091)
Eide (B0934), Martinez (A9462), Fallone
(B0302), Myers (B3117), Smith (A7808)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Harvey Kendrick,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Maricopa County Sheriff Penzone; Detention Officer Richard Van Blarcum B2091 and Spouse Van Blarcum, husband and wife; Detention Officer Michael Eide B0934 and Spouse Eide, husband and wife; Detention Officer William Martinez A9462 and Spouse Martinez, husband and wife; Detention Officer Peter Fallone B0302 and Spouse Fallone, husband and wife; Detention Officer Myers B3117 and Spouse Myers, husband and wife; and Lt. Brandon Smith A7808 and Spouse | No. _____<br><br>**NOTICE OF REMOVAL OF MARICOPA COUNTY SUPERIOR COURT CASE NO. CV2017-096097 TO THE UNITED STATES DISTRICT COURT** |

1

Smith, husband and wife,

           Defendants.

      Defendants, Maricopa County Sheriff Penzone, Detention Officer Richard Van Blarcum (B2091), Detention Officer Michael Eide (B0934), Detention Officer William Martinez (A9462), Detention Officer Peter Fallone (B0302), Detention Officer Myers (B3117), Lt. Brandon Smith (A7808), pursuant to 28 U.S.C. §§1441(c), §1446(a), and Rule 3.6, Rules of Practice of the United States District Court for the District of Arizona, notice the removal of the above-captioned case, cause number CV2017-096097, from the Arizona Superior Court, Maricopa County, to this Court, and in support of removal asserts the following:

      1.     On or about September 26, 2017, Plaintiff filed a Complaint against Defendants in the Superior Court of the State of Arizona for the County of Maricopa under the caption *Harvey Kendrick v. Maricopa County Sheriff Penzone, et al.*, Case No. CV2017-097096. Plaintiff subsequently filed an Amended Complaint on December 5, 2017. A copy of the Complaint, Amended Complaint and all other documents previously filed in this matter and served on Defendants are attached hereto as Exhibit "A."

      2.     Plaintiff served Defendants, Maricopa County Sheriff Penzone, Detention Officer Richard Van Blarcum (B2091), Detention Officer Michael Eide (B0934), Detention Officer William Martinez (A9462), Detention Officer Peter Fallone (B0302), Detention Officer Myers (B3117), Lt. Brandon Smith (A7808) on December 5, 2017.

      3.     This Notice of Removal is being filed within 30 days after service of a paper where it may be ascertained that the case is removable and is therefore timely filed under 28 U.S.C. § 1446(b)(3).

      4.     Plaintiff's Amended Complaint alleges that Defendants violated his Eighth and Fourteenth Amendment rights under the United States Constitution and brings claims under 42 U.S.C. § 1983.

      5.     By reason of the above facts, (a) the United States District Court has original jurisdiction of this civil actions pursuant to 28 U.S.C. §1331, because one or more

claims asserted by the Plaintiff arises under the Constitution, laws, or treaties of the United States; and (b) the case is removable pursuant to 28 U.S.C. § 1441(c). Defendants, Maricopa County Sheriff Penzone, Detention Officer Richard Van Blarcum (B2091), Detention Officer Michael Eide (B0934), Detention Officer William Martinez (A9462), Detention Officer Peter Fallone (B0302), Detention Officer Myers (B3117), Lt. Brandon Smith (A7808) are the only served defendants in this action and consent to the removal of this action. The remaining named defendants have not been served.

6. A Notice of Filing of Notice of Removal, a true and correct copy of which is attached as Exhibit "B," has been filed in the Arizona Superior Court, County of Maricopa.

WHEREFORE, Defendants respectfully request that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court.

RESPECTFULLY SUBMITTED this 3rd day of January, 2018.

> WILLIAM G. MONTGOMERY
> MARICOPA COUNTY ATTORNEY
>
> BY: /s/ Maxine S. Mak
>     MAXINE S. MAK
>     CHARLES E. TRULLINGER
>     Deputy County Attorneys
>     *Attorneys for Penzone, Van Blarcum (B2091)*
>     *Eide (B0934), Martinez (A9462), Fallone*
>     *(B0302), Myers (B3117), Smith (A7808)*

CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2018, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Joshua Rogers
Maricopa County Superior Court
Southeast Facility - 2F/206
222 E. Javelina Ave.
Mesa, AZ 85210-6234
///

Keith M. Knowlton, Esq.
KEITH M. KNOWLTON, LLC
9920 S. Rural Rd., Ste. 108
PMB #132
Tempe, AZ 85284-4100
keithknowlton@msn.com
*Attorney for Plaintiff*

/s/ D. Ochoa

S:\CIVIL\CIV\Matters\CJ\2017\Kendrick v. MCSO CJ17-0081\Pleadings\Notice of Removal.docx